IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------x
In re:                                        :    Chapter 11
                                              :    Case Nos. 00-3837 (JKF)
OWENS CORNING, et al.,                        :    (Jointly Administered)
                                              :
         Debtors.                             :    [Related to Docket Nos.: 16495, 16664,
                                              :    16687, 16697, 16710 and 16982 (Order)]
-------------------------------------------------------x
```

**NOTICE OF APPEAL**

The *Ad Hoc* Committee of Preferred and Equity Security Holders in the above-captioned cases, by and through its undersigned counsel, hereby appeals pursuant to 28 U.S.C. §158(a)(3) the Order Denying Motion Of The *Ad Hoc* Committee Of Preferred And Equity Security Holders For The Appointment Of An Official Preferred And Equity Security Holders Committee (the "Order") (Docket No. 16982) entered by United States Bankruptcy Court Judge Judith K. Fitzgerald in these cases on February 17, 2006.

The names of all parties to the Order and the names, addressees, and telephone numbers of their respective counsel are as follows:

**Parties:**          **Appellants:**

*The Ad Hoc Committee of Preferred and Equity Security Holders*

Edward S. Weisfelner
Robert J. Stark
BROWN RUDNICK BERLACK ISRAELS LLP
Seven Times Square
New York, New York  10036
(212) 209-4800

-and-

Anthony L. Gray
John C. Elstad
BROWN RUDNICK BERLACK ISRAELS LLP
One Financial Center
Boston, Massachusetts  02111
(617) 856-8200

-and-

Jeffrey C. Wisler
Marc J. Phillips
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, Delaware  19899
(302) 888-6258

**Other Parties:**

*Owens Corning, et al.*
Larry Nyhan
James F. Conlan
Jeffrey C. Steen
Shelly A. DeRousse
SIDLEY AUSTIN LLP
1 South Dearborn Street
Chicago, IL  60603
(312) 853-7000

-and-

Guy S. Neal
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C.  20005
(202) 736-8000

-and-

Norman L. Pernick
J. Kate Stickles
Domenic E. Pacitti
SAUL EWING LLP
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE  19899
(302) 421-6800

-and-

Adam H. Isenberg
SAUL EWING LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA  19102
(215) 972-7777

*Credit Suisse, Cayman Islands Branch, as Agent*

Richard S. Cobb
Rebecca L. Butcher
LANDIS RATH & COBB LLP
919 Market Street, Suite 600
Wilmington, DE  19801
(302) 467-4400

-and-

Martin J. Bienenstock
John J. Rapisardi
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
(212) 310-8000

-and-

Kenneth H. Eckstein
Ellen R. Nadler
Jeffrey S. Trachtman
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York  10036
(212) 715-9100

*Kelly Beaudin Stapleton, the United States Trustee for Region 3*

David M. Klauder
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE  19801
(302) 573-6491

*Official Committee of Asbestos Claimants*

Marla R. Eskin
Mark T. Hurford
CAMPBELL & LEVINE, LLC
800 North King Street, Suite 300
Wilmington, DE  19801
(302) 426-1900

-and-

Elihu Inselbuch
CAPLIN & DRYSDALE, CHARTERED
375 Park Avenue, 35th Floor
New York, New York  10152
(212) 319-7125

-and-

Peter Van N. Lockwood
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, N.W.
Washington, D.C.  20005
(205) 862-5000

[REMAINDER OF PAGE INTENTIONALLY BLANK]

| | |
|---|---|
| Dated: February 27, 2006<br>Wilmington, Delaware | **CONNOLLY BOVE LODGE & HUTZ LLP**<br><br>By: **/s/ Marc J. Phillips**<br>Jeffrey C. Wisler (No. 2795)<br>Christina M. Thompson (No. 3976)<br>Marc J. Phillips (No. 4445)<br>The Nemours Building<br>1007 N. Orange Street<br>P.O. Box 2207<br>Wilmington, Delaware 19899<br>(302) 658-9141<br><br>- and -<br><br>**BROWN RUDNICK BERLACK ISRAELS LLP**<br>Edward S. Weisfelner, Esq.<br>Robert J. Stark, Esq.<br>Seven Times Square<br>New York, New York 10036<br>(212) 209-4800<br><br>-and-<br><br>Anthony L. Gray, Esq.<br>John C. Elstad, Esq.<br>One Financial Center<br>Boston, Massachusetts 02111<br>(617) 856-8200<br><br>**CO-COUNSEL TO THE *AD HOC* COMMITTEE**[1] |

#449233

---

[1] The current members of the *Ad Hoc* Committee of Preferred and Equity Security Holders are: Catalyst Investment Management Co. LLC, Deutsche Bank Securities, Inc., Hain Capital Group, LLC, Harbinger Capital Partners Master Fund I, Ltd., Plainfield Asset Management, LLC, and Tudor Investment Corporation.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | : |
| | : Chapter 11 |
| OWENS CORNING, et al.,[1] | : Case Nos. 00-3837 (JKF) |
| | : (Jointly Administered) |
| Debtors. | : |

Related to Docket No. 16495
Hearing Date: January 30, 2006
Agenda Item No. 11

### ORDER DENYING MOTION OF THE AD HOC COMMITTEE OF PREFERRED AND EQUITY SECURITY HOLDERS FOR THE APPOINTMENT OF AN OFFICIAL PREFERRED AND EQUITY SECURITY HOLDERS COMMITTEE

The Court having considered the Motion of the Ad Hoc Committee of Preferred and Equity Security Holders (the "Ad Hoc Committee") for the Appointment of an Official Preferred and Equity Security Holders Committee (Docket No. 16495) (the "Motion"); and having considered the objections to the Motion filed by the United States Trustee (Docket No. 16687), Credit Suisse, Cayman Islands Branch, as Agent (Docket No. 16664) and Owens Corning and its affiliated debtors and debtors-in-possession (the "Debtors") (Docket No. 16697); and having considered the Joinders to the Debtors' objection filed by the Legal Representative for Future Claimants (Docket No. 16698) and the Official Committee of Asbestos Claimants (Docket No. 16710), and upon the entire record in these chapter 11 cases; and a hearing having been held with respect to the Motion on January 30, 2006; and notice of the Motion being sufficient; and after due consideration thereof; and for the reasons stated on the record at the hearing on the Motion; it is hereby

---

[1] The Debtors are Owens Corning, CDC Corporation, Engineered Yarns America, Inc., Exterior Systems, Inc., Falcon Foam Corporation, Fibreboard Corporation, HOMExperts LLC, Integrex, Integrex Professional Services LLC, Integrex Testing Systems LLC, Integrex Supply Chain Solutions LLC, Integrex Ventures LLC, Jefferson Holdings, Inc., Owens-Corning Fiberglas Technology Inc., Owens Corning HT, Inc., Owens-Corning Overseas Holdings, Inc., Owens Corning Remodeling Systems, LLC and Soltech, Inc.

-2-

ORDERED, ADJUDGED AND DECREED that

    1.    For the reasons stated on the record, the Motion is DENIED, without prejudice.

    2.    This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: February 17, 2006

*Judith K. Fitzgerald*
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

Clerk of Court  
David D. Bird

824 Market Street  
Wilmington, DE 19801  
(302) 252-2900

Date: March 27, 2006

To: U.S. District Court  
District of Delaware  
U.S. Courthouse - 844 King Street  
Wilmington, DE 19801

Re: **Owens Corning, et al.**  
**Case #00-3837 (JKF)**

Enclosed is the bankruptcy Record on **Appeal #AP-06-28, docket item no 17036.**

**Enclosed Items:**

**Notice of Appeal: Docket item no. 17036**  
**Appealable Orders: Docket item no. 16982**  
**Appellants Designations: Docket item no. 17094**  
**Appellee Designations: Docket item no. 17202**  
**Transmittal letter: Docket item no. 17260 (attached)**

Sincerely,

Teresa Southerland  
Deputy Clerk

___X___ Filing fee paid on 2/27/2006  
_____ Filing fee not paid

# BANKRUPTCY APPEAL TRANSMITTAL SHEET

# FOR APPEAL SUBMITTED TO U.S. DISTRICT COURT

Bankruptcy Case Number: **00-3837 (JKF)**
Deputy Clerk Transferring Case: T. Southerland (302) 252-2900 x5134
Appeal #: **(AP-06-28)**

**Order, Date Entered and Issues**

Order Denying Motion of The Ad Hod Committee of Preferred and Equity Security Holders for the Appointment of an Official Preferred and Equity Security Holders Committee. [**Docket No. 16982**] Entered 2/17/2006]

|  |  |
|---|---|
| **Appellant:** | **The Ad Hoc Committee of Preferred and Equity Security Holders** |
| **Counsel:** | **Edward S. Weisfelner** |
|  | **Robert J. Stark** |
|  | BROWN RUDNICK BERLACK ISRAELS LLP |
|  | Seven Times Square |
|  | New York, New York 10036 |
| **Telephone:** | **(212) 209-4800** |

-and-

**Anthony L. Gray**
**John C. Elstad**
BROWN RUDNICK BERLACK ISRAELS LLP
One Financial Center
Boston, Massachuetts 02111

-and-

**Jeffery C. Wisler**
**Christina M. Thompson**
**Marc J. Phillips**
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Buiding
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899

| | |
|---|---|
| **Appellee:** | Owens Corning, et al |
| **Counsel:** | Larry Nyhan |
| | **James F. Conlan** |
| | **Jeffrey C. Steen** |
| | SIDLEY AUSTIN LLP |
| | 1 South Dearborn Street |
| | Chicagoo, IL 60603 |
| **Telephone:** | **(312) 853-7000** |

-and-

**Norman L. Pernick**
**J.Kate Stickles**
SAUL EWING LLP
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19899

-and-

**Charles O. Monk, II**
**Jay A. Shulman**
SAUL EWING LLP
Lockwood Place, 500 Pratt Street
Baltimore, MD 21202
**(410) 332-8600**