IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------x
In re:                                           :
                                                 :    Chapter 11
OWENS CORNING, et al.,                           :
                                                 :    Case No. 00-3837 (JKF)
                         Debtors.                :    (Jointly Administered)
                                                 :
-------------------------------------------------x
                                                 :
AD HOC COMMITTEE OF                              :
PREFERRED AND EQUITY SECURITY                    :
HOLDERS,                                         :
                                                 :
                         Appellants,             :
                                                 :
              v.                                 :
                                                 :    Related to Docket No. 17036
OWENS CORNING, et al.,                           :
                                                 :
                         Appellees.              :
-------------------------------------------------x
```

**APPELLANTS' DESIGNATION OF ITEMS TO BE INCLUDED IN RECORD ON
APPEAL AND STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL**
**(Order Denying Appointment of an Official Preferred and Equity Security Holders Committee)**

Pursuant to Fed. R. Bankr. P. 8006 and Del. Bankr. LR 8006-1, the appellants, the *Ad Hoc* Committee of Preferred and Equity Security Holders (the "*Ad Hoc* Committee"), submit this designation of items to be included in the record on appeal and statement of issues to be presented on appeal.

**Items To Be Included In The Record On Appeal**

1. Motion of the Ad Hoc Committee of Preferred and Equity Security Holders for the Appointment of an Official Preferred and Equity Security Holders Committee (the "Official Committee Motion") [Docket No. 16495].

2. Objection of Credit Suisse, Cayman Islands Branch (f/k/a Credit Suisse First Boston, Cayman Islands Branch), as Agent, To Motion of Ad Hoc Committee of Preferred and Equity Security Holders for Appointment of Official Preferred and Equity Security Holders Committee [Docket No. 16664].

3. United States Trustee's Objection to Motion of the Ad Hoc Committee of Preferred and Equity Security Holders for the Appointment of an Official Preferred and Equity Security Holders Committee [Docket No. 16687].

4. Objection of Debtors to Motion of Ad Hoc Committee of Preferred and Equity Security Holders for the Appointment of an Official Preferred and Equity Security Holders Committee [Docket No. 16697].

5. Joinder of Futures Representative in Debtors' Objection to Motion of Ad Hoc Equity Committee for Order Appointing an Official Committee of Preferred and Common Stockholders [Docket No. 16698].

6. Joinder of the Official Committee of Asbestos Claimants in the Debtors' Objection to the Motion of Ad Hoc Committee of Preferred and Equity Security Holders for the Appointment of an Official Preferred and Equity Security Holders Committee [Docket No. 16710].

7. Transcript of hearing before the United States Bankruptcy Court for the Districy of Delaware (Fitzgerald, J., sitting by designation) (the "Bankruptcy Court") held on January 30, 2006.

8. Order Denying Motion of the Ad Hoc Committee of Preferred and Equity Security Holders for the Appointment of an Official Preferred and Equity Security Holders Committee (the "Order") [Docket No. 16982].

9. Notice of Appeal [Docket No. 17036].

10. Motion of the Ad Hoc Committee of Preferred and Equity Security Holders for Leave to Appeal Bankruptcy Court Order Denying Motion for the Appointment of an Official Preferred and Equity Security Holders Committee [Docket No. 17038].

11. Bankruptcy Court Docket of In re Owens Corning, *et al.*, Chapter 11, Case No. 00-3837 (JKF) (Jointly Administered), from December 20, 2005 through February 27, 2006.

## Issues To Be Presented On Appeal

1. Whether the Bankruptcy Court erred in denying the Official Committee Motion by ignoring or misapplying the legal factors relevant to considering whether preferred security and equity security holders are adequately represented in the above captioned bankruptcy cases as required by 11 U.S.C. § 1102(a)(2) and applicable case law authority.

2. Whether the Bankruptcy Court erred in determining that the present purported insolvency of Owens Corning and its debtor affiliates (collectively, the "Debtors") warranted denial of the Official Committee Motion.

3. Whether the Bankruptcy Court abused its discretion in entering the Order.

Dated: March 9, 2006  **CONNOLLY BOVE LODGE & HUTZ LLP**
Wilmington, Delaware

**/s/ Marc J. Phillips**
Jeffrey C. Wisler (No. 2795)
Christina M. Thompson (No. 3976)
Marc J. Phillips (No. 4445)
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, Delaware 19899
(302) 658-9141

- and -

**BROWN RUDNICK BERLACK ISRAELS LLP**
Edward S. Weisfelner, Esq.
Robert J. Stark, Esq.
Seven Times Square
New York, New York 10036
(212) 209-4800

-and-

Anthony L. Gray, Esq.
John C. Elstad, Esq.
One Financial Center
Boston, Massachusetts 02111
(617) 856-8200

**CO-COUNSEL TO THE *AD HOC* COMMITTEE**

#451505