IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| OWENS CORNING, *et al.*, | Case No. 00-03837 (JKF) |
| Debtors. | Jointly Administered |
| *AD HOC* COMMITTEE OF PREFERRED AND EQUITY SECURITY HOLDERS, | |
| Appellants, | |
| v. | AP 06-28 |
| OWENS CORNING, *et al.*, | Related to Docket Nos. 17036 and 17094 |
| Appellees. | |

**DEBTORS' DESIGNATION OF ADDITIONAL ITEMS TO BE
INCLUDED IN THE RECORD ON APPEAL OF THE COURT'S
FEBRUARY 17, 2006 ORDER DENYING MOTION OF *AD HOC* COMMITTEE OF
PREFERRED AND EQUITY SECURITY HOLDERS FOR THE APPOINTMENT OF
AN OFFICIAL PREFERRED AND EQUITY SECURITY HOLDERS COMMITTEE**

Owens Corning and its affiliated debtors and debtors-in-possession in the above captioned cases[1], by and through their undersigned attorneys, pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure and Del.Bankr.LR 8006-1(a), hereby designate additional items to be included in the record in connection with the so-called *Ad Hoc* Committee of Preferred and Equity Security Holders' appeal of the Court's February 17, 2006 Order, Denying Motion of *Ad Hoc* Committee of Preferred and Equity Security Holders for the

---

[1] The Debtors are: Owens Corning, CDC Corporation, Engineered Yarns America, Inc., Falcon Foam Corporation, Integrex, Fibreboard Corporation, Exterior Systems, Inc., Integrex Ventures LLC, Integrex Professional Services LLC, Integrex Supply Claim Solutions LLC, Integrex Testing Systems LLC, Homexperts LLC, Jefferson Holdings, Inc., Owens-Corning Fiberglas Technology Inc., Owens Corning HT, Inc., Owens-Corning Overseas Holdings, Inc., Owens Corning Remodeling Systems, LLC and Soltech, Inc.

534114.1 3/20/06

Appointment of an Official Preferred and Equity Security Holders Committee (Docket No. 16982), as follows:

| Item No. | Docket Number | Date | Document |
|---|---|---|---|
| 1 | 8525 | 05/30/2003 | Objection of The Bank of York, as Successor Trustee to Approval of Disclosure Statement |
| 2 | 8528 | 05/31/2003 | Joinder of EagleRock Capital Management, LLC in Objection of The Bank of New York as Successor Trustee to Approval of Disclosure Statement |
| 3 | 8811 | 06/24/2003 | Transcript of Hearing held on June 4, 2003 before the Honorable Judith K. Fitzgerald |
| 4 | 10362 | 12/09/2003 | Transcript of Hearing held on December 1, 2003 before the Honorable Judith K. Fitzgerald |
| 5 | 16333 | 11/18/2005 | Transcript of Hearing held on November 14, 2005 before the Honorable Judith K. Fitzgerald |
| 6 | 16496 | 12/20/2005 | Motion of the Ad Hoc Committee of Preferred and Equity Security Holders for an Entry of an Order (I) Confirming that Owens Corning Shareholders are Entitled to Prosecute an Action in Delaware Chancery Court to Compel a Shareholders' Meeting, or (II) in the Alternative, Granting Stay Relief to Prosecute Such an Action |
| 7 | 16569 | 12/31/2005 | Disclosure Statement with Respect to Fifth Amended Joint Plan of Reorganization for Owens Corning and Its Affiliated Debtors and Debtors-in-Possession (including attachments) (Dated as of December 31, 2005) |
| 8 | 16570 | 12/31/2005 | Notice of Filing Disclosure Statement with Respect to Fifth Amended Joint Plan of Reorganization for Owens Corning and Its Affiliated Debtors and Debtors-in-Possession |

| Item No. | Docket Number | Date | Document |
|---|---|---|---|
| 9 | 16701 | 01/13/2006 | Objection of Debtors to Motion of Ad Hoc Committee of Preferred and Equity Security Holders for Entry of an Order (I) Confirming that Owens Corning Shareholders are Entitled to Prosecute an Action in Delaware Chancery Court to Compel a Shareholders' Meeting, or (II) in the alternative, Granting Stay Relief to Prosecute such an Action |
| 10 | 16702 | 01/13/2006 | Joinder of Futures Representative in Debtors' Objection to the Motion of the Ad Hoc Equity Committee for Entry of an Order (I) Confirming that Owens Corning Shareholders are Entitled to Prosecute an Action in Delaware Chancery Court to Compel a Shareholders' Meeting, or (II) in the Alternative, Granting Stay Relief to Prosecute Such an Action |
| 11 | 16809 | 01/27/2006 | Supplement to Disclosure Statement with Respect to Fifth Amended Joint Plan of Reorganization for Owens Corning and Its Affiliated Debtors and Debtors-in-Possession (including attachments) |
| 12 | 16811 | 01/27/2006 | Notice of Filing Supplement to Disclosure Statement with Respect to Fifth Amended Joint Plan of Reorganization for Owens Corning and Its Affiliated Debtors and Debtors-in-Possession |
| 13 | 16818 | 01/27/2006 | Notice of Hearing to Consider Approval of Disclosure Statement with Respect to Fifth Amended Joint Plan of Reorganization for Owens Corning and Its Affiliated Debtors and Debtors-in-Possession |
| 14 | 16874 | 02/03/2006 | Transcript of Hearing held on January 30, 2006 before the Honorable Judith K. Fitzgerald |
| 15 | (USDC 06-cv-136 Docket No. 1) | 02/28/2006 | Petition of the Members of the Ad Hoc Committee of Preferred and Equity Security Holders for Entry of an Order Providing for Relief in the Nature of Mandamus |
| 16 | 17106 | 03/09/2006 | Debtors' Opposition and Answer to Motion of the Ad Hoc Committee of Preferred and Equity Security Holders For Leave to Appeal Bankruptcy Court Order Denying Motion for the Appointment of an Official Preferred and Equity Security Holders Committee |

| Item No. | Docket Number | Date | Document |
|---|---|---|---|
| 17 | (USDC 06-cv-136 Docket No. 3) | 03/14/2006 | Objection of Debtors to Motion of Ad Hoc Committee of Preferred and Equity Security Holders for Entry of an Order Providing for Relief in the Nature of Mandamus |
| 18 | (USDC 06-cv-136 Docket No. 4) | 03/14/2006 | Joinder of James J. McMonagle, Legal Representative for Future Claimants, in the Debtors' Objection to Motion of Ad Hoc Committee of Preferred and Equity Security Holders for Entry of an Order Providing for Relief in the Nature of Mandamus |
| 19 | (USDC 06-cv-136 Docket No. 7) | 03/17/2006 | Joinder of the Official Committee of Asbestos Claimants in the Objection of Debtors to Motion of Ad Hoc Committee of Preferred and Equity Security Holders for Entry of an Order Providing for Relief in the Nature of Mandamus |
| 20 | 17186 | 03/17/2006 | Joinder of the Official Committee of Asbestos Claimants in the Debtors' Opposition and Answer to Motion of the Ad Hoc Committee of Preferred and Equity Security Holders for Leave to Appeal Bankruptcy Court Order Denying Motion for the Appointment of an Official Preferred and Equity Security Holders Committee |
| 21 | N/A | N/A | Bankruptcy Court Docket for In re Owens Corning, et al., Chapter 11, Case No. 00-3837 (JKF) (Jointly Administered) from October 5, 2000 through March 17, 2006 |

Dated: March 20, 2006

SAUL EWING LLP

By: */s/Domenic E. Pacitti*
Norman L. Pernick (No. 2290)
Domenic E. Pacitti (No. 3989)
J. Kate Stickles (No. 2917)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899-1266
(302) 421-6800

and

534114.1 3/20/06

-4-

        Charles O. Monk, II, Esquire
        Lockwood Place
        500 East Pratt Street
        Baltimore, MD 21202
        (410) 332-8672

        Counsel to Owens Corning, *et al.*,
        Debtors and Debtors-In-Possession