[PAGE LEFT BLANK INTENTIONALLY]