IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------x
In re:                                                 :
                                                       :
OWENS CORNING, et al.,                                 :
                                                       :
                              Debtors.                 :
                                                       :
-------------------------------------------------------x
                                                       :
AD HOC COMMITTEE OF                                    :
PREFERRED AND EQUITY SECURITY                          :
HOLDERS,                                               :
                                                       :   Civil Action No. 06-200 (JPF)
                              Appellants,              :
                                                       :
              v.                                       :
                                                       :
OWENS CORNING, et al.,                                 :
                                                       :
                              Appellees.               :
-------------------------------------------------------x
```

### THE *AD HOC* COMMITTEE OF PREFERRED AND EQUITY SECURITY HOLDERS' REQUEST FOR ORAL ARGUMENT

Pursuant to D. Del. L.R. 7.1.4, the *Ad Hoc* Committee of Preferred and Equity Security Holders respectfully requests oral argument on its **Motion of the *Ad Hoc* Committee of Preferred and Equity Security Holders for Leave to Appeal Bankruptcy Court Order Denying Motion for the Appointment of an Official Preferred and Equity Security Holders Committee** [Docket No. 5].

Dated:  March 28, 2006          **CONNOLLY BOVE LODGE & HUTZ LLP**
        Wilmington, Delaware

                                **/s/ Marc J. Phillips**
                                Jeffrey C. Wisler (No. 2795)
                                Christina M. Thompson (No. 3976)
                                Marc J. Phillips (No. 4445)
                                The Nemours Building
                                1007 N. Orange Street
                                P.O. Box 2207
                                Wilmington, Delaware 19899
                                (302) 658-9141

                                - and -

**BROWN RUDNICK BERLACK ISRAELS LLP**
Edward S. Weisfelner, Esq.
Robert J. Stark, Esq.
Seven Times Square
New York, New York 10036
(212) 209-4800

-and-

Anthony L. Gray, Esq.
John C. Elstad, Esq.
One Financial Center
Boston, Massachusetts 02111
(617) 856-8200

**CO-COUNSEL TO THE *AD HOC* COMMITTEE**

#454113v1

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 28th day of March, 2006, I caused a copy of **The *Ad Hoc* Committee of Preferred and Equity Security Holders' Request for Oral Argument** to be served as indicated upon the following parties.

**BY HAND DELIVERY**

| | |
|---|---|
| Norman L. Pernick, Esq.<br>J. Kate Stickles, Esq.<br>Saul Ewing LLP<br>222 Delaware Avenue<br>Wilmington, DE 19801 | Edwin Harron, Esq.<br>Sean T. Greecher, Esq.<br>Young Conaway Stargatt & Taylor, LLP<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 |
| Francis A. Monaco, Jr., Esq.<br>Monzack & Monaco, P.A.<br>1201 Orange Street, Suite 400<br>Wilmington, DE 19801 | Richard W. Riley, Esq.<br>Duane Morris LLP<br>1100 North Market Street, Suite 1200<br>Wilmington, DE 19801 |
| Marla R. Eskin, Esq.<br>Mark T. Hurford, Esq.<br>Campbell & Levine, LLC<br>800 North King Street, Suite 300<br>Wilmington, DE 19801 | David M. Klauder, Esq.<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, DE 19801 |
| William H. Sudell, Jr., Esq.<br>Morris Nichols Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE 19801 | Richard S. Cobb, Esq.<br>Rebecca L. Butcher, Esq.<br>Landis Rath & Cobb LLP<br>919 Market Street, Suite 600<br>Wilmington, DE 19801 |

**BY TELEFAX AND FIRST CLASS U.S. MAIL**

| | |
|---|---|
| Larry Nyhan, Esq.<br>James F. Conlan, Esq.<br>Jeffrey C. Steen, Esq.<br>Sidley Austin LLP<br>1 South Dearborn Street<br>Chicago, IL 60603 | Jane W. Parver, Esq.<br>Andrew A. Kress, Esq.<br>Edmund M. Emrich, Esq.<br>Kaye Scholer LLP<br>425 Park Avenue<br>New York, NY 10022 |
| Charles O. Monk, II, Esq.<br>Jay A. Shulman, Esq.<br>Saul Ewing LLP<br>Lockwood Place, 500 East Pratt Street<br>Baltimore, MD 21202 | Peter Van N. Lockwood, Esq.<br>Caplin & Drysdale, Chartered<br>One Thomas Circle, N.W.<br>Washington, D.C. 20005 |
| J. Andrew Rahl, Jr., Esq.<br>John B. Berringer, Esq.<br>Howard D. Ressler, Esq.<br>Anderson Kill & Olick, P.C.<br>1251 Avenue of the Americas<br>New York, NY 10020 | Lewis Kruger, Esq.<br>Kenneth Pasquale, Esq.<br>Denise K. Wildes, Esq.<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038 |

William S. Katchen, Esq.
Duane Morris LLP
744 Broad Street, Suite 1200
Newark, NJ 07102

James I. McClammy, Esq.
Davis Polk & Wardell
450 Lexington Avenue
New York, NY 10017

Adam H. Isenberg, Esq.
Saul Ewing LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102

Kenneth H. Eckstein, Esq.
Ellen R. Nadler, Esq.
Jeffrey S. Trachtman, Esq.
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

Elihu Inselbuch, Esq.
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152

Guy S. Neal, Esq.
Sidley Austin
1501 K Street, N.W.
Washington, D.C.  20005

Martin J. Bienstock, Esq.
John J. Rapisardi, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

#455611

**/s/ Marc J. Phillips**
Marc J. Phillips (#4445)