IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re OWENS CORNING, INC., *et al.*, <br><br> Debtors. | Bankruptcy Case No. 00-3837 (JKF) |
| *AD HOC* COMMITTEE OF PREFERRED AND EQUITY SECURITY HOLDERS, <br><br> Appellant, <br><br> v. <br><br> OWENS CORNING, *et al.*, <br><br> Appellee. | Civil Action No. 06-200 (JPF) |

## STIPULATION AND ORDER OF DISMISSAL

NOW COMES Appellant *Ad Hoc* Committee of Preferred and Equity Security Holders and Appellees Owens Corning, *et al.*, (together, "Parties") hereby stipulate to the withdrawal of the Motion of the *Ad Hoc* Committee of Preferred and Equity Security Holders for Leave to Appeal Bankruptcy Court Order Denying Motion for the Appointment of an Official Preferred and Equity Security Holders Committee (Docket No. 5).

In addition, pursuant to Rule 8001(c)(2) of the Federal Rules of Bankruptcy Procedure, the Parties hereby stipulate that the above captioned appeal shall be dismissed with prejudice, with each side to pay its own costs.

| | |
|---|---|
| **SAUL EWING LLP**<br><br>By: _/s/ Norman L. Pernick_<br>   Norman L. Pernick (No. 2290)<br>   Mark Minuti (No. 2659)<br>   J. Kate Stickles (No. 2917)<br>   222 Delaware Avenue<br>   P.O. Box 1266<br>   Wilmington, DE 19899-1266<br>   (302) 421-6800<br><br>-and-<br><br>**SIDLEY AUSTIN LLP**<br>James F. Conlan<br>Larry J. Nyhan<br>Jeffrey C. Steen<br>Dennis M. Twomey<br>One South Dearborn Street<br>Chicago, IL 60603<br>(312) 853-7000<br><br>-and-<br><br>Guy S. Neal<br>1501 K Street, N.W.<br>Washington, D.C. 20005<br>(202) 736-8000<br><br>*Attorneys for Appellee, Owens Corning, et al.* | **CONNOLLY BOVE LODGE & HUTZ LLP**<br><br>By: _/s/ Jeffrey C. Wisler_<br>   Jeffrey C. Wisler (No. 2795)<br>   Christina M. Thompson (No. 3976)<br>   Marc J. Phillips (No. 4445)<br>   1007 N. Orange Street<br>   P.O. Box 2207<br>   Wilmington, DE 19899<br>   (302) 658-9141<br><br>-and-<br><br>**BROWN RUDNICK BERLACK ISRAELS LLP**<br>Edward S. Weisfelner<br>Robert J. Stark<br>Seven Time Square<br>New York, NY 10036<br>(212) 209-4800<br><br>-and-<br><br>Anthony L. Gray<br>John C. Elstad<br>One Financial Center<br>Boston, MA 02111<br>(617) 856-8200<br><br>*Attorneys for Appellant, Ad Hoc Committee of Preferred and Equity Security Holders* |

Dated: May 18, 2006

SO ORDERED THIS ____ DAY OF MAY, 2006.

_____
J.

#464776v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| In re OWENS CORNING, INC., *et al.*, Debtors. | Bankruptcy Case No. 00-3837 (JKF) |
|---|---|
| *AD HOC* COMMITTEE OF PREFERRED AND EQUITY SECURITY HOLDERS, Appellant, v. OWENS CORNING, *et al.*, Appellee. | Civil Action No. 06-200 (JPF) |

### CERTIFICATE OF SERVICE

I, Mark Minuti, Esquire, hereby certify that on May 18, 2006, the foregoing **Stipulation and Order of Dismissal** was served by First Class U.S. Mail on the parties on the attached service list.

                                                   Mark Minuti (No. 2659)
                                                   **SAUL EWING LLP**
                                                   222 Delaware Avenue, Suite 1200
                                                   P.O. Box 1266
                                                   Wilmington, DE  19899
                                                   (302) 421-6800

Owens Corning, *et al.*
*Ad Hoc* Committee of Preferred and Equity Security Holders
v. Owens Corning, *et al.* (Civil Action No. 06-200 (JPF))
SERVICE LIST – Stipulation and Order of Dismissal

Jeffrey C. Wisler, Esquire
Christina M. Thompson, Esquire
Marc J. Phillips, Esquire
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899

William H. Sudell, Jr., Esquire
Eric D. Schwartz, Esquire
Morris, Nichols, Arsht and Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899-1347

David M. Klauder, Esquire
Office of the U.S. Trustee
844 King Street, Suite 2313
Lockbox 35
Wilmington, DE 19801-3519

Marla Eskin, Esquire
Mark Hurford, Esquire
Campbell & Levine, LLC
800 King Street, Suite 300
Wilmington, DE 19801

Richard W. Riley, Esquire
Duane Morris LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801

Francis A. Monaco, Jr., Esquire
Monzack & Monaco, P.A.
1201 Orange Street, Suite 400
Wilmington, DE 19801

Edwin Harron, Esquire
Sean T. Greecher, Esquire
Young Conaway Stargatt & Taylor, LLP
1001 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Edward S. Weisfelner, Esquire
Robert J. Stark, Esquire
Brown Rudnick Berlack Israels LLP
Seven Time Square
New York, NY 10036

Anthony L. Gray, Esquire
John C. Elstad, Esquire
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA 02111

Peter Van N. Lockwood, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, D.C. 20005

Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152

Lewis Kruger, Esquire
Kenneth Pasquale, Esquire
Denise K. Wildes, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038

-2-

James I. McClammy, Esquire
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Jane W. Parver, Esquire
Andrew A. Kress, Esquire
Edmund Emrich, Esquire
Kaye Scholer, LLP
425 Park Avenue
New York, NY 10022

J. Andrew Rahl, Jr., Esquire
John B. Berringer, Esquire
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020

William S. Katchen, Esquire
Duane Morris LLP
744 Broad Street, Suite 1200
Newark, NJ 07102

James F. Conlan, Esquire
Larry Nyhan, Esquire
Jeffrey C. Steen, Esquire
Sidley Austin LLP
1 South Dearborn Street
Chicago, IL 60603