### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re OWENS CORNING, INC., *et al.*, <br><br> Debtors. | Bankruptcy Case No. 00-3837 (JKF) |
| *AD HOC* COMMITTEE OF PREFERRED AND EQUITY SECURITY HOLDERS, <br><br> Appellant, <br><br> v. <br><br> OWENS CORNING, *et al.*, <br><br> Appellee. | Civil Action No. 06-200 (JPF) |

### STIPULATION AND ORDER OF DISMISSAL

NOW COMES Appellant *Ad Hoc* Committee of Preferred and Equity Security Holders and Appellees Owens Corning, *et al.*, (together, "Parties") hereby stipulate to the withdrawal of the Motion of the *Ad Hoc* Committee of Preferred and Equity Security Holders for Leave to Appeal Bankruptcy Court Order Denying Motion for the Appointment of an Official Preferred and Equity Security Holders Committee (Docket No. 5).

In addition, pursuant to Rule 8001(c)(2) of the Federal Rules of Bankruptcy Procedure, the Parties hereby stipulate that the above captioned appeal shall be dismissed with prejudice, with each side to pay its own costs.

2006 JUN -5 PM 4:20

CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
FILED

| SAUL EWING LLP | CONNOLLY BOVE LODGE & HUTZ LLP |
|---|---|
| By: _____ | By: _____ |
| Norman L. Pernick (No. 2290) | Jeffrey C. Wisler (No. 2795) |
| Mark Minuti (No. 2659) | Christina M. Thompson (No. 3976) |
| J. Kate Stickles (No. 2917) | Marc J. Phillips (No. 4445) |
| 222 Delaware Avenue | 1007 N. Orange Street |
| P.O. Box 1266 | P.O. Box 2207 |
| Wilmington, DE 19899-1266 | Wilmington, DE 19899 |
| (302) 421-6800 | (302) 658-9141 |
| -and- | -and- |
| SIDLEY AUSTIN LLP | BROWN RUDNICK BERLACK ISRAELS LLP |
| James F. Conlan | Edward S. Weisfelner |
| Larry J. Nyhan | Robert J. Stark |
| Jeffrey C. Steen | Seven Time Square |
| Dennis M. Twomey | New York, NY 10036 |
| One South Dearborn Street | (212) 209-4800 |
| Chicago, IL 60603 | |
| (312) 853-7000 | -and- |
| -and- | Anthony L. Gray |
| | John C. Elstad |
| Guy S. Neal | One Financial Center |
| 1501 K Street, N.W. | Boston, MA 02111 |
| Washington, D.C. 20005 | (617) 856-8200 |
| (202) 736-8000 | |
| | *Attorneys for Appellant, Ad Hoc Committee of Preferred and Equity Security Holders* |
| *Attorneys for Appellee, Owens Corning, et al.* | |

Dated: May 18, 2006

SO ORDERED THIS 24 DAY OF MAY, 2006.

_____
J.

#464776v1